## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL J. FREY,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | |
| | : | **NO. 10-cv–3093** |
| **MICHAEL J. ASTRUE,** | : | |
| **Defendant.** | : | |

## O R D E R

AND NOW, this _____ 24th _____ day of _____ January _____, 2012, upon

consideration of Plaintiff's Request for Review and Defendant's response thereto, and after

careful review of the Report and Recommendation of United States Magistrate Lynne A. Sitarski,

IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's motion is DENIED; and

3. Judgment shall be entered in this matter in favor of DEFENDANT.

BY THE COURT:

**/s/ Legrome D. Davis**
LEGROME D. DAVIS, J.