IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. FREY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE | : | NO: 5:10-cv-3093 |

O R D E R

AND NOW, this 7th day of February, 2012, upon consideration of Plaintiff's Request for Review and Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Lynne A. Sitarski, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's motion is DENIED; and

3. Judgment is entered in favor of the DEFENDANT.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis J.